IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RANDY HOLBROOKS                                         PLAINTIFF

V.                  NO. 3:07CV00186   JFF

SOCIAL SECURITY ADMINISTRATION                      DEFENDANT

## ORDER

Defendant's unopposed Motion for Extension of Time to Answer (DE# 8) is GRANTED.

IT IS SO ORDERED this 25th day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE