IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RANDY HOLBROOKS                                                                              PLAINTIFF

V.                                          NO.  3:07cv00186 JWC

MICHAEL J. ASTRUE,                                                                        DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 26th day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE